| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313–1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT<br>OR TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court for the Southern District of Texas on the following Trademarks or Patents.

| Docket No.<br>4:25−cv−04944 | Date Filed:<br>10/16/2025 | U.S District Court<br>SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| Plaintiff(s)<br>Wolverine Barcode IP, LLC | | Defendant(s)<br>Shell Information Technology International BV |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| **A copy of the complaint is attached.** | | |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above−entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY Amendment  Answer  Cross Bill  Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above−entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGMENT

| Clerk:<br>Nathan Ochsner, Clerk | By Deputy Clerk:<br>April Cavazos | Date:<br>10/17/2025 |
|---|---|---|