AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| WOLVERINE BARCODE IP, LLC <br><br> *Plaintiff(s)* <br> v. <br> SHELL INFORMATION TECHNOLOGY INTERNATIONAL BV <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:25-cv-04944 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SHELL INFORMATION TECHNOLOGY INTERNATIONAL BV
c/o Registered Agent
C T Corporation System
1999 Bryan Street
Suite 900
Dallas, Texas 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   William P. Ramey, III
RAMEY LLP
5020 Montrose Blvd.
Suite 800
Houston, Texas 77006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nathan Ochsner, Clerk of Court

Date: October 17, 2025

s/ Brandis Isom
*Signature of Clerk or Deputy Clerk*

SERVICE RETURN ATTACHED

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:25-cv-04944

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

SERVICE RETURN ATTACHED

Additional information regarding attempted service, etc:

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Texas

Case Number: 4:25-CV-04944

Plaintiff:
**Wolverine Barcode IP, LLC**
vs.
Defendant:
**Shell Information Technology International BC**

For: Ramey LLP

Received these papers on the 6th day of November, 2025 at 4:43 pm to be served on **Shell Information Technology International BV** by serving its registered agent, C T Corporation System, 1999 Bryan St, Suite 900, Dallas, Dallas County, TX 75201. I, _Caleb Malone_, being duly sworn, depose and say that on the _7_ day of _November_, 2025 at _11:04_ _am_., executed service by delivering a true copy of the **Summons in a Civil Action Plaintiff's Original Complaint for Patent Infringement, Exhibit A, and Exhibit B** in accordance with state statutes in the manner marked below:

(X) CORPORATE SERVICE: By delivering to _Brett Baswell_ (individual accepting) as _Mailroom Manager_ (title), at _1999 Bryant, Ste 900_ (street), _Dallas_ (city), _Texas_ (state) _75201_ (zip code) _Dallas_ (county).

( ) PUBLIC AGENCY: By delivering to _____(individual accepting) as _____(title) of the within-named agency at _____(street), _____(city), _____(state) _____(zip code) _____(county).

( ) SUBSTITUTE SERVICE: By delivering to _____(individual accepting) as _____(relationship/title) at _____(street), _____(city), _____(state) _____(zip code) _____(county).

( ) GOVERNMENT AGENCY: By delivering to _____(individual accepting) as _____(title) of the within-named agency at _____(street), _____(city), _____(state) _____(zip code) _____(county).

( ) NON SERVICE: For the reason detailed in the comments below.

**COMMENTS:** _____

I certify that I am over the age of 18, have no interest in the above action, and have the proper authority in the jurisdiction in which this process was delivered. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the _7_ day of _November, 2025_ by the affiant who is personally known to me.

_[signature]_
NOTARY PUBLIC

PROCESS SERVER # _PSC1574 exp 10/31/27_
Appointed in accordance with State Statutes

Our Job Serial Number: 2025012740
Ref: Wolverine Barcode v. Shell Information T

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703
(512) 717-5600

[Notary Stamp: BETHANY PALLISTER, Notary Public, State of Texas, Comm. Expires 06-01-2028, Notary ID 129009133]

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a