Case 4:25-cv-04944   Document 11   Filed 01/21/26 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 22, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,**<br>      Plaintiff,<br><br>v.<br><br>**SHELL INFORMATION TECHNOLOGY INTERNATIONAL B.V.,**<br>      Defendant | Civil Action No. 4:25-cv-04944<br><br><br>**JURY TRIAL DEMANDED** |

### ORDER ON PLAINTIFF'S MOTION TO ENLARGE TIME TO SERVE

The court having considered the Motions, hereby Grants Plaintiff's Motion to Enlarge Time to Serve and consider service perfected. Plaintiff shall serve Defendant within 30 days or submit a status report describing why Plaintiff was not able to effectuate service within that time.

January 21, 2026
Date

_____
Honorable Judge Presiding