**UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

Wolverine Barcode IP, LLC
   *Plaintiff(s),*

v.                                                                                              Case No. 4:25−cv−04944

Shell Information Technology International BV
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:  **Initial Conference**

DATE:    **2/26/2026**

TIME:    **02:30 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.
Enter Meeting ID: 160 7362 7986#
No participant ID − press #, Followed by Passcode: 3716#.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN-PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**                                                           Date: January 23, 2026

By Deputy Clerk, A. Rivera