IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,**<br>    Plaintiff,<br><br>v.<br><br>**SHELL INFORMATION TECHNOLOGY INTERNATIONAL B.V.,**<br>    Defendant | **Civil Action No. 4:25-cv-04944**<br><br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule 41 (a)(1)(A)(i), the Plaintiff, Wolverine Barcode IP, LLC, files this notice of voluntary dismissal of this action for all of Plaintiff's claims as defendant has not answered or filed a motion for summary judgment. The dismissal of Plaintiff's claims shall be WITHOUT PREJUDICE as to the asserted patent. Each party shall bear its own costs, expenses and attorneys' fees.

 Dated:  February 26, 2026

                                            Respectfully submitted,

                                            */s/ William P. Ramey, III*
                                            William P. Ramey, III
                                            Texas Bar No. 24027643
                                            **Ramey LLP**
                                            446 Heights Blvd., Suite 200
                                            Houston, Texas 77007
                                            (713) 426-3923
                                            wramey@rameyfirm.com

                                            ***Attorneys for Wolverine Barcode IP, LLC***

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that February 26, 2026, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system.

*/s/ William P. Ramey, III*
William P. Ramey, III
