United States District Court
Southern District of Texas
**ENTERED**
February 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE, IP, LLC,** | § |
| *Plaintiff*, | § |
| VS. | § CIVIL ACTION NO. 4:25-CV-4944 |
| **SHELL INFORMATION TECHNOLOGY INTERNATIONAL B.V.,** | § |
| *Defendant*. | § |

# ORDER

Plaintiff Wolverine Barcode IP, LLC, has filed a Notice of Voluntary Dismissal. ECF No. 11. In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff's claims against Defendant Shell Information Technology International, B.V. are hereby **DISMISSED WITHOUT PREJUDICE.** The Clerk is directed to close the case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 27th day of February, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE